**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION at CINCINNATI**

| | | |
|---|---|---|
| **IN RE:** } | **CASE NO. 09-18376** | |
| } | | |
| **MARK A. RUHSTALLER** } | **CHAPTER 13** | |
| **TARA L. RUHSTALLER** } | | |
| } | | |
| DEBTORS } | | |

## LIQUIDATION ANALYSIS

| | | |
|---|---|---|
| Value of Real Property at 1169 Meadowknoll Court | $159,000.00 | |
|     Less:  Fifth Third 1st Mortgage | (171,000.00) | |
|            Equity | | 0.00 |
| | | |
| Value of Funds on Hand or on Deposit | $911.65 | |
|     Less:  A-4(a) Exemption | (800.00) | |
|            A-13 Exemption | (111.65) | |
|     Equity | | 0.00 |
| | | |
| Value of Household Goods, etc. | $3,800.00 | |
|     Less:  A-4(b) Exemption | (3,200.00) | |
|            A-3 Exemption | (400.00) | |
|            A-4(c) Exemption | (200.00) | |
|     Equity | | 0.00 |
| | | |
| Value of Feldkamp 401(K) Retirement Account | $3,355.89 | |
|     Less:  A-10(b) Exemption | (3,355.89) | |
|     Equity | | 0.00 |
| | | |
| Value of 2002 Ford Escape | $6,500.00 | |
|     Less:  Kemba Lien | (7,334.83) | |
|     Equity | | 0.00 |
| | | |
| Value of 2005 Hyundai Sonata | $4,800.00 | |
|     Less:  Kemba Lien | (5,271.54) | |
|     Equity | | 0.00 |
| | | |
| Value of 2002 Utility Trailer | $200.00 | |
|     Less:  A-18 Exemption | (200.00) | |
|     Equity | | 0.00 |
| | | |
| Value of 2001 Yamaha | $500.00 | |
|     Less:  A-18 Exemption | (500.00) | |
|     Equity | | 0.00 |

*The Law Office of*
*Gregory M. Wetherall*
*A Legal Professional Association*
*4030 Mount Carmel-Tobasco Road*
*Cincinnati, Ohio 45255*
*Telephone: (513) 528-0200*
*Telecopier: (513) 528-1762*

| | |
|---|---|
| Total Equity | $0.00 |
| Less Chapter 7 Trustee Fee per 11 U.S.C. 326 (a) | (0.00) |
| Less Priority Claims | (621.81) |
| Total Available to Unsecured | $0.00 |
| Total General Unsecured | $91,763.73 |
| Percent Distribution | 0% |

Respectfully submitted,

/s/ Gregory M. Wetherall
_____
GREGORY M. WETHERALL
OH. Reg. No. 0067307
4030 Mt. Carmel-Tobasco Road, Suite 122
Cincinnati OH 45255
Telephone: (513) 528-0200
Telecopier: (513) 528-1762
Email: gmw@gw-law.net

*The Law Office of*
*Gregory M. Wetherall*
*A Legal Professional Association*
*4030 Mount Carmel-Tobasco Road*
*Cincinnati, Ohio 45255*
*Telephone: (513) 528-0200*
*Telecopier: (513) 528-1762*

**LIQUIDATION ANALYSIS**  **Page 2 of 3**

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Office of the United States Trustee
CBLD Building, Suite 2050
36 East Seventh Street
Cincinnati, Ohio 45202

Ms. Margaret A. Burks, Esq.
Chapter 13 Trustee
36 East Fourth Street, Suite 700
Cincinnati, Ohio 45202

/s/ Gregory M. Wetherall
_____
GREGORY M. WETHERALL

*The Law Office of*
*Gregory M. Wetherall*
*A Legal Professional Association*
*4030 Mount Carmel-Tobasco Road*
*Cincinnati, Ohio 45255*
*Telephone: (513) 528-0200*
*Telecopier: (513) 528-1762*